# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF COLORADO
# DENVER DIVISION

| | | |
|---|---|---|
| **NICK PEARCE,** <br> **an individual,** | * <br> * <br> * | |
| **PLAINTIFF,** | * <br> * | |
| v. | * <br> * | Case No. 22-cv-02909-RMR-SPB |
| **JASHMAN INC,** <br> **a domestic corporation,** | * <br> * <br> * | |
| **DEFENDANT.** | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Nick Pearce, ("Plaintiff"), through counsel, hereby submits the within Notice of Voluntary Dismissal pursuant to F.R.C.P.(a)(1)(A)(i) and in compliance with this Court's November 21, 2023 Order [ECF 21].

Defendant Jashman Inc., ("Defendant"), has filed and served neither an Answer nor a Motion for Summary Judgment, and so this notice serves to effectuate a dismissal *without prejudice* without the necessity of a court order.

Respectfully Submitted this 12th day of December, 2023.

THE LAW OFFICE OF NICHOLE R. WILLIAMS

/s/*Nichole R. Williams, Esq.*
Nichole R. Williams, Esq.,
Atty. Reg. No. 49611
P.O. Box 271903
Louisville, CO 80027
720-340-1717
owner@nicholerwilliams.com